IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 4:24-CR-32-CDL |
| v. : | |
| : | |
| JERRY MADDOX, : | |
| : | |
| **Defendant.** : | |

**ORDER**

On October 8, 2024, an Indictment was issued charging Defendant, Jerry Maddox, with thirteen (13) counts of Bank Fraud in violation of Title 18, United States Code Section, 1344(2) and 2. Doc. 1. The Defendant appeared for his Initial Appearance and Arraignment on October 28, 2024, and was released on an unsecured bond pending trial. Doc. 11.

A pretrial conference is currently scheduled for January 29, 2024. The Government filed an unopposed motion to continue on January 3, 2025, seeking to continue this case to the Court's September 2025 jury trial term. Doc. 22. The continuance is necessary to give the Government additional time to disclose all discovery materials relevant to this case and to provide the Defendant additional time to review discovery, consider possible defenses with counsel, and to discuss a possible resolution with the Government.

IT IS HEREBY ORDERED that the above-referenced matter be continued to next term of Court set for September 2025, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and the Government the reasonable time necessary for

effective preparation. 18 U.S.C. §§ 3161(h)(7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

 SO ORDERED, this 6th day of January, 2025.

          S/Clay D. Land
          CLAY D. LAND
          U. S. DISTRICT COURT JUDGE
          MIDDLE DISTRICT OF GEORGIA