# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. 4:24-CR-32-CDL |
| v. | : |
| | : |
| JERRY MADDOX, | : |
| | : |
| Defendant. | : |

## ORDER

IT IS HEREBY ORDERED that Defendant's request to travel outside of the Middle and Northern Districts of Georgia between October 24, 2025 and October 28, 2025 is hereby approved. Defendant may travel to the U.S. Territory of Puerto Rico during that time. All other conditions or release remain in effect.

SO ORDERED, this ___30th___ day of September, 2025.

S/Clay D. Land
CLAY D. LAND
U. S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA